# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 43 WM 2015

Respondent :

v. :

R.S., :

Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of September, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**, **WITHOUT PREJUDICE** to Petitioner's right to seek similar relief through the Post Conviction Relief Act. *See* 42 Pa.C.S. §9545(b) (stating that, in general, a Post Conviction Relief Act petition shall be filed within one year of the date of when the judgment of sentence becomes final).